1  PATRICK H. HICKS, ESQ., Bar # 004632
   CRYSTAL J. HERRERA, ESQ., Bar # 12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email: phicks@littler.com
   Email: cherrera@littler.com
6
   Attorneys for Defendant,
7  HARRAH'S LAUGHLIN, LLC

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11 | GERALDINE CRAIG,                              | Case No. 2:16-cv-01204-RFB-CWH
12 |        Plaintiff,                             |
13 | vs.                                           | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
14 | HARRAH'S LAUGHLIN, LLC, a Nevada
   | domestic limited liability company,
15 |
   |        Defendant.
16

17     Plaintiff GERALDINE CRAIG and Defendant HARRAH'S LAUGHLIN, LLC, by and
18 through their respective counsel of record, hereby stipulate and respectfully request that the Court
19 enter an order dismissing this action in its entirety, with prejudice.
20
   ...
21
   ...
22
   ...
23

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree that each party will bear its own costs and fees.

Dated: ~~September~~ Oct 17, 2016

Respectfully submitted,

/s/

DANIEL MARKS, ESQ.
ADAM LEVINE, ESQ.
LAW OFFICE OF DANIEL MARKS

Attorneys for Plaintiff,
GERALDINE CRAIG

Dated: ~~September~~ Oct 17, 2016

Respectfully submitted,

/s/

PATRICK H. HICKS, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
HARRAH'S LAUGHLIN, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: November 1, 2016.

/s/

RICHARD F. BOULWARE, II
United States District Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.